# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ESTATE OF RUBEN RAMOS; RUBEN NOEL RAMOS, an individual and as successor in interest of Decedent RUBEN RAMOS; DANNIELLE RAMOS, an individual

Plaintiff(s),

v.

CITY OF BURBANK, a public entity; BURBANK POLICE DEPARTMENT, a public entity; COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; STATE OF CALIFORNIA, a public entity; CALIFORNIA HIGHWAY PATROL, a public entity; PETER CHOI, an individual; JOSE PLACENCIA, an individual; GEOVANNI FABIAN, an individual; and DOES 1 TO 100, inclusive.

Defendant(s).

CASE NUMBER

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

Andrew M. Morrow, Esq.

_____    _____
*Date*    *Signature of Attorney/Party*

NOTE: **F.R.Civ.P. 41(a):** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

**F.R.Civ.P. 41(c):** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 910 S. Broadway, Los Angeles, CA 90015.

On June 18, 2024, I served the foregoing document described as:

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

on said parties in this action as follows:

*See Attached Service List*

[ ] **BY MAIL:** I am familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PESONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the address(es).

[ ] **BY OVERNIGHT COURIER:** I placed a true and correct copy of the above-referenced document(s) in a sealed envelope and caused such envelope to be delivered via overnight to the addressee(s) designated.

[ ] **BY FACSIMILE:** I transmitted said document via facsimile to the office of the addressee(s) at the facsimile number(s) listed above, pursuant to California Rules of Court 2.306. The number of the fax machine I used was (877) 389-2775, which, reported the transmission was complete and without error. Pursuant to Rule 2.306(h), I caused the machine to print a transmission record which indicates the date and time of transmission, of which a copy is attached hereto.

[ X ] **BY ELECTRONIC MAIL:** I caused said document(s) to be transmitted to the email address(es) of the addressee(s) designated pursuant to CCP § 1010.6.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 18, 2024, at Los Angeles, California.

Adrian Dumas

# SERVICE LIST

Anita Susan Brenner, Esq.
Law Offices of Torres & Brenner
www.torresbrenner.com
301 E. Colorado Blvd. Ste 614
Pasadena, CA 91101
(626) 792-3175
brenner@torresbrenner.com

Attorney for Defendants, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT and COUNTY OF LOS ANGELES

**2**
**ATTACHMENT TO PROOF OF SERVICE – SERVICE LIST**